## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY, KANSAS

| | |
|---|---|
| MARY KAY GREEN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-CV-02574-KHV-KGS |
| THE CITY OF OLATHE, KANSAS, | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

NOW on this 17th day of September, 2007, comes on for hearing the parties' Stipulation of Dismissal With Prejudice (Doc. #48) of Defendant, the City of Olathe, Kansas, in the above-captioned matter. Having been fully advised in the premises in this matter, this matter should be and is hereby dismissed with prejudice, each party to bear her/its own costs and attorneys' fees.

IT IS SO ORDERED.

s/ Kathryn H., Vratil
**Honorable Kathryn H. Vratil**
**United States District Court Judge**

**APPROVED BY**:

/s/ Mary Kay Green
Mary Kay Green, Pro Se
7777 Holmes Road #527
Kansas City, MO 64131
(816) 363-2629

FISHER, PATTERSON, SAYLER & SMITH, LLP


  /s/ Michael K. Seck, #11393
Michael K. Seck, #11393
Jill Waldman, #19634
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas  66210
(913) 339-6757 / (913) 339-6187 (FAX)
mseck@fisherpatterson.com
Jwaldman@fisherpatterson.com
ATTORNEYS FOR DEFENDANT
CITY OF OLATHE, KANSAS